This is to advise that on September 9, 2008

Judge Judith M. Barzilay

Issued CONFIDENTIAL Slip Opinion 08-95

In action

Consol. Ct. No. 06-00334

NSK Corporation, et al.,
(Plaintiffs,)

and

Fag Italia SpA, et al.,
(Plaintiff-Intervenors,)
v.

United States,
(Defendant,)

and

The Timken Company,
(Defendant-Intervenor.)